```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611160839
Cashier ID: buensum
Transaction Date: 08/11/2022
Payer Name: LOVELY APRIL MONEGAS

CIVIL FILING FEE- NON-PRISONER
 For: APRIL MONEGAS
 Case/Party: D-CAN-3-22-CV-004633-001
 Amount:         $402.00

PAPER CHECK CONVERSION
 Check/Money Order Num: 456
 Amt Tendered:   $402.00

Total Due:       $402.00
Total Tendered:  $402.00
Change Amt:        $0.00

TSH

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```