1
2
3
4

April Monegas
Plaintiff in *Propria Persona*
2104 East Anderson Lane, Apt. 1513
Austin, Texas 78752
email: amonegas@gmail.com
phone number: 415-802-9276

FILED

AUG 10 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

5
6
7
8
9

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### San Francisco Division

Phillip Burton Federal Building & United States Courthouse; 450 Golden Gate Avenue; San Francisco, CA 94102

10
11
12
13
14
15
16

APRIL MONEGAS

PLAINTIFF,

v.

CITY AND COUNTY OF SAN FRANCISCO

DEPARTMENT OF PUBLIC HEALTH

DEFENDANT.

_____/

CV22-4633

CASE NO. _____

TSH

17
18

## AFFIDAVIT IN SUPPORT OF COMPLAINT

19
20

STATE OF TEXAS        )
                      )  Ss
COUNTY OF TRAVIS      )

21
22
23

1.    I, April Monegas, do hereby solemnly affirm that the statements herein are true and correct in substance and in fact and that I have personal knowledge of each.

24
25
26
27
28

2.    I have been harassed at my job, and was discriminated and retaliated against based on disability for refusing to accept my employer's accommodations for regarding me as disabled with a communicable disease and significantly impaired in both my immune and respiratory systems.

3.     I am absent and without evidence of any information from any health officer identifying myself as having any communicable disease or having been exposed to any toxic substance.

4.     I am absent and without knowledge of any evidence or court order, obtained by any petition of the Department of Health or a public health officer, that was based upon any physician's affidavit in which I have been identified as having any communicable disease or having been exposed to any toxic substance.

5.     I am absent and without knowledge of any evidence of any court order determining that I am or have been a direct threat to anyone.

6.     I am absent and without knowledge of any evidence of any individualized assessment required by law that has determined that I am or have been a direct threat to anyone.

7.     I am absent and without knowledge of any evidence of any court order imposing any terms of isolation or quarantine or other measures upon myself.

8.     I have previously and timely disclosed and duly noticed the defendant of a disability, and that the assertions made in the complaint are true and correct to the best of my knowledge, information and belief.

9.     I worked for the city of San Francisco Department of Public Health as a Senior Administrative Analyst helping analyze contracts since July of 2017.

10.     Starting on April 30, 2021 until August 2, 2021, the City's (my employer) Disaster Worker Service (DSW) Alert system sent multiple harassing emails to both my personal and work emails, and texts *(Exhibit A-1 a,b,c,d,e,f)* to my personal cellphone asking me to submit my "vaccination" status to an online portal.  My employer was asking for my private medical

information and making a non-job-related medical inquiry which is prohibited by the ADA. There was no option listed to "exempt" myself based upon claiming my rights under the ADA.

11.    On July 2, 2021, my employer began discriminating against "unvaccinated" employees and classifying employees based upon their "vaccine" status. The emails stated that only those employees who have been "vaccinated" will be allowed to go around umasked in offices, and in indoor settings.  I received several emails between July 2-16 informing me of this very visual discrimination that the city was implementing.  (Exhibit A-2 a,b,c)

12.    On July 8, 2021, my Union IFPTE Local 2, in response to all the harassing communications its members have been receiving, issued a statement of the Union's concern that the City has carelessly intimidated and stressed City workers by creating fear and uncertainty with multiple threats of job termination based upon "vaccine" status. (Exhibit A-3)

13.    On August 2, 2021, Dr. Grant Colfax, Director of Health, DPH, sent an email with subject line, 'Director's Message - COVID-19 Update' (Exhibit A-4) claiming that the "COVID-vaccine" is "safe", and suggesting that everyone get vaccinated and wear masks. However, this email did not contain an absolute risk/benefit analysis of the injections nor did it mention any right of refusal under Emergency Use Authorization guidelines.  Without the benefit of any individualized assessment of my personal health, my employer is suddenly regarding me as disabled with a contagious disease with an impaired immune system and respiratory system to the extent that it doesn't want me to work without using these mitigation measures. My employer is making a record of disability about me.

14.    On November 1, 2021 I sent in a request for a religious exemption as this was the only path my employer disclosed to me.

15.     On November 11, 2021, I received a confusing determination email (Exhibit A-5) from Aldrich David.   He sent me his unsigned determination of my Exemption request.    He apparently "approved" my exemption even prior to the date I filed a request!   He stated my previous "approval" was subject to re-approval on the date of September 20, 2021; which was also prior to me filing a request.   However he now denied my request for the following  reasons: accommodating my request would be 1. a hardship for the city, 2. I would be a danger to co-workers, and 3. my accommodation would prevent me from performing the essential functions of my job.   These are all exemptions to complying with the ADA.

16.     However, I have been tele-commuting to work for a few months now, I do not interact with co-workers, and there is no hardship for the city because I have already been working this way for a few months and performing all functions of my job. In addition, Aldrich did not present any facts into evidence which proved these assertions.

17.     On December 10, 2021 I was terminated (details on the next page, page 4a).

18.     Thus, on December 13th I asked for an appeal of this decision (Exhibit A-6) as it was not based upon my actual circumstances or any facts. I mentioned that Aldrich did not provide any facts to support his claim that my continuing to work from home with a "religious exemption" would be an undue burden, or would fundamentally alter the way the business worked because the business had already made alterations. As this determination led to me being terminated from my job, I requested a Skelly hearing since this should have happened prior to me being fired.  I was previously told by Amalia Martinez, EEO by email (Exhibit A-7) that no appeal was allowed. This is counter to the process of a Skelly hearing which includes the right to respond, either orally or in writing to the authority initially imposing discipline.   I requested a Skelly hearing, I requested the individualized assessment my employer is relying

April Monegas---Affidavit in Support of Complaint

1    *<continued from page 4>*

2    17.     On December 10, 2021 I was terminated.

3    I was put on leave with pay for 60 days on December 13, 2021.  This leave with pay

4    was scheduled to end on February 4, 2022. I understood that the DPH would not hire

5    me back unless I got "vaccines."  I believe I was given pay because DPH had not

6    followed agency protocol and given me a Skelly hearing or allowed an appeal of Aldrich

7    David's determination.  On December 10, 2021, I was taken off the schedule, I received

8    my last paycheck on for hours worked on February 23, 2022; I was not given any more

9    work.

April Monegas---Affidavit in Support of Complaint

upon to consider me a direct threat, I made my employer aware that I now realize that I do not require an exemption based upon religious or medical grounds because I am already exempt from the policy based upon claiming my rights under the ADA despite my employer claiming exemption to the ADA without any proof.

19.     On December 13, 2021 I sent my employer a formal "notice" in writing stating that I was claiming the protection of the ADA because my employer was regarding me as disabled and a direct threat without any individualized assessment. I asked for proof to back up the exemptions my employer was claiming allowed it to ignore my rights under the ADA. I claimed that I was being asked for non-job-related, private medical information and I also asked for a "Skelly" hearing. I sent this notice to the city attorney's office, as well as the EEO, the ADA director Wilson Ng and my HR person (Exhibit A-8)

20.     I followed this up on December 21st with a "second notice" letter (Exhibit A-9) asking Wilson Ng, ADA coordinator of the Board of Suprevisors to disclose the proper employee to open an ADA discrimination case, and I stated again that I wanted a review of Aldrich's refusal because it would lead to my termination.  I stated that, in fact, I no longer was requesting a religious exemption because I am already "exempt" from the policy because it discriminates against me on the basis of disability.  I claimed that my employer is regarding me as disabled with a contagious disease and responds to me as if I am a direct threat without any individualized assessment.  I again asked for a Skelly hearing.  I sent this letter to HR, EEO, ADA coordinator Wilson Ng, the deputy director of DHR and the city attorney.

21.     On January 31, 2022 I sent Toni Rucker, the ADA Coordinator for the Department of Public Health a written notice of my claim of discrimination based upon a disability my employer regards me as having.  I asked for an intake session to open a file for my case to

document the discrimination I am being faced with.  I am being discriminated against by my employer asking for non-job-related medical inquiries ("vaccine status") and I am being asked to test when not all employees are asked to test--only "unvaccinated" people or people like me who refuse to volunteer private medical information are asked to test.  I am also am being threatened with losing my job.  I asked Toni Rucker to get some questions answered by the DPH.  I asked for the assessment it was relying on to consider me a direct threat to the health of others; I asked for proof that my essential job functions included getting an experimental "vaccine" or wearing a mask etc.  I asked for proof of liability insurance if I got this injection.  I never received answers to my questions.

22.     On February 18, 2022, I filed a charge of discrimination with the EEOC in Texas where I lived against my employer (Exhibit A-10)  I claimed protected opposition status for opposing the policy I found discriminatory and threatening.  I claimed I was a qualified individual since I am an employee and that I am disabled because my employer is treating me as though I am disabled with some form of contagious disease and is insisting I get "vaccinated" against this contagious disease I supposedly have.  I also mentioned that my employer is trying to make a record of this disability because it has "classified" me as too impaired to be allowed to work unless I get either mask and test or get "vaccinated".  I claimed that I was being threatened with suspension or being fired if I did not submit to this new policy.  I asked the EEOC to investigate.

23.     On May 10, 2022 I received a right to sue letter from the Department of Justice per the EEOC.  (Exhibit A-11).

24.     The documents included with Exhibit A are true and correct copies of the originals.

April Monegas, Affiant

STATE OF TEXAS        )
                      )        Ss
COUNTY OF TRAVIS      )

Subscribed and sworn to before me a notary public this 9 day of August, 2022.

Signature of Notary                          [ls]

CHIRAG PATEL
Notary Public, State of Texas
Comm. Expires 01-19-2023
Notary ID 130081203

- 7 -
April Monegas---Affidavit in Support of Complaint

EXHIBIT A

written communications

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Monegas, April (DPH)**

| | |
|---|---|
| **From:** | San Francisco Employee Alert <noreply@everbridge.net> |
| **Sent:** | Friday, April 30, 2021 1:11 PM |
| **To:** | Monegas, April (DPH) |
| **Subject:** | The City wants to make sure that you have access to the COVID-19 vaccine |



**City and County of San Francisco DSW Alert**

Please reply to this message with the corresponding number to let us know your vaccination status. This information will be kept confidential.

If you need assistance getting a vaccine, you can also reach out to DHR-DOC@sfgov.org.

1. I would like to be vaccinated, but I need help getting an appointment.

2. I am fully vaccinated.

3. I have received the first dose of Moderna or Pfizer, and my second appointment is scheduled.

4. Decline to state.

DSW Alerts is owned and operated by the City and County of San Francisco and powered by Everbridge, Inc.

Gmail - The City wants to make sure that you have access to the COVID...          https://mail.google.com/mail/u/0/?ik=58ec9f1058&view=pt&search=all...

 Gmail                                               **A M <amonegas@gmail.com>**

---

## The City wants to make sure that you have access to the COVID-19 vaccine
1 message

---

**San Francisco Employee Alert** <noreply@everbridge.net>                    Fri, Apr 30, 2021 at 3:10 PM
Reply-To: San Francisco Employee Alert <conf-608c643c5a632e32e2191e50-608c6431be8b88705792012e@smtpic-
ne.prd1.everbridge.net>
To: "AMONEGAS@GMAIL.COM" <AMONEGAS@gmail.com>



### City and County of San Francisco DSW Alert

---

Please reply to this message with the corresponding number to let us know your vaccination status. This information will be kept confidential.

If you need assistance getting a vaccine, you can also reach out to DHR-DOC@sfgov.org.

1. I would like to be vaccinated, but I need help getting an appointment.

2. I am fully vaccinated.

3. I have received the first dose of Moderna or Pfizer, and my second appointment is scheduled.

4. Decline to state.


DSW Alerts is owned and operated by the City and County of San Francisco and powered by Everbridge, Inc.

A-1a

IMG-4460.jpg                                                                                                                           about:blank





88911 >

Fri, Apr 30, 3:10 PM

The City wants to make sure that you have access to the COVID-19 vaccine
Please reply to this message with the corresponding number to let us know your vaccination status. This information will be kept confidential.

If you need assistance getting a vaccine, you can also reach out to DHR-DOC@sfgov.org.
1. I would like to be vaccinated, but I need help getting an appointment.
2. I am fully vaccinated.
3. I have received the first dose of Moderna or Pfizer, and my second appointment is scheduled.
4. Decline to state.
Reply with your choice number or https://evb.gg/06TrL5vZ

A-1a

**Monegas, April (DPH)**

| | |
|---|---|
| **From:** | hrd.noreply@sfgov.org <noreply@everbridge.net> |
| **Sent:** | Wednesday, May 5, 2021 4:52 PM |
| **To:** | Monegas, April (DPH) |
| **Subject:** | DSW Alert: The City wants to make sure that you have access to the COVID-19 vaccine |



**City and County of San Francisco DSW Alert**

Please reply to this message with the corresponding number to let us know your vaccination status. This information will be kept confidential. Thank you for replying even if you replied to an earlier poll. This survey will be open for 24 hours.

If you need assistance getting a vaccine, you can also reach out to DHR-DOC@sfgov.org

1. I would like to be vaccinated, but I need help getting an appointment

2. I am fully vaccinated

3. I have received the first dose of Moderna or Pfizer, and my second appointment is scheduled

4. Decline to state

DSW Alerts is owned and operated by the City and County of San Francisco and powered by Everbridge, Inc.

A-1b

**Monegas, April (DPH)**

| | |
|---|---|
| **From:** | hrd.noreply@sfgov.org <noreply@everbridge.net> |
| **Sent:** | Wednesday, May 5, 2021 5:54 PM |
| **To:** | Monegas, April (DPH) |
| **Subject:** | DSW Alert: The City wants to make sure that you have access to the COVID-19 vaccine |



### City and County of San Francisco DSW Alert

Please reply to this message with the corresponding number to let us know your vaccination status. This information will be kept confidential. Thank you for replying even if you replied to an earlier poll. This survey will be open for 24 hours.

If you need assistance getting a vaccine, you can also reach out to DHR-DOC@sfgov.org

1. I would like to be vaccinated, but I need help getting an appointment

2. I am fully vaccinated

3. I have received the first dose of Moderna or Pfizer, and my second appointment is scheduled

4. Decline to state

DSW Alerts is owned and operated by the City and County of San Francisco and powered by Everbridge, Inc.

A-1b

IMG-4461.jpg                                                                                          about:blank





88911 ›

Wed, May 5, 6:51 PM

DSW Alert: The City wants to make sure that you have access to the COVID-19 vaccine Please reply to this message with the corresponding number to let us know your vaccination status. This information will be kept confidential. Thank you for replying even if you replied to an earlier poll. This survey will be open for 24 hours.

If you need assistance getting a vaccine, you can also reach out to DHR-DOC@sfgov.org
1. I would like to be vaccinated, but I need help getting an appointment
2. I am fully vaccinated
3. I have received the first dose of Moderna or Pfizer, and my second appointment is scheduled
4. Decline to state
Reply with your choice number or https://evb.gg/06UckOxU

   

A-1b

**Monegas, April (DPH)**

| | |
|---|---|
| **From:** | hrd.noreply@sfgov.org <noreply@everbridge.net> |
| **Sent:** | Wednesday, May 5, 2021 6:57 PM |
| **To:** | Monegas, April (DPH) |
| **Subject:** | DSW Alert: The City wants to make sure that you have access to the COVID-19 vaccine |



**City and County of San Francisco DSW Alert**

Please reply to this message with the corresponding number to let us know your vaccination status. This information will be kept confidential. Thank you for replying even if you replied to an earlier poll. This survey will be open for 24 hours.

If you need assistance getting a vaccine, you can also reach out to DHR-DOC@sfgov.org

1. I would like to be vaccinated, but I need help getting an appointment

2. I am fully vaccinated

3. I have received the first dose of Moderna or Pfizer, and my second appointment is scheduled

4. Decline to state

DSW Alerts is owned and operated by the City and County of San Francisco and powered by Everbridge, Inc.

A-1b

1

IMG-4462.jpg                                                                about:blank





88911 ›

Wed, May 5, 7:53 PM

DSW Alert: The City wants to make sure that you have access to the COVID-19 vaccine Please reply to this message with the corresponding number to let us know your vaccination status. This information will be kept confidential. Thank you for replying even if you replied to an earlier poll. This survey will be open for 24 hours.

If you need assistance getting a vaccine, you can also reach out to DHR-DOC@sfgov.org
1. I would like to be vaccinated, but I need help getting an appointment
2. I am fully vaccinated
3. I have received the first dose of Moderna or Pfizer, and my second appointment is scheduled
4. Decline to state
Reply with your choice number or https://evb.gg/06UdT6Co

A-1b

     Text Message

IMG-4463.jpg

https://mail.google.com/mail/u/0/

 

88911 >

Wed, May 5, 8:55 PM

DSW Alert: The City wants to make sure that you have access to the COVID-19 vaccine Please reply to this message with the corresponding number to let us know your vaccination status. This information will be kept confidential. Thank you for replying even if you replied to an earlier poll. This survey will be open for 24 hours.

If you need assistance getting a vaccine, you can also reach out to DHR-DOC@sfgov.org
1. I would like to be vaccinated, but I need help getting an appointment
2. I am fully vaccinated
3. I have received the first dose of Moderna or Pfizer, and my second appointment is scheduled
4. Decline to state
Reply with your choice number or https://evb.gg/06UOL_lq

    Text Message

A-1b

Gmail - DSW Alert: The City wants to make sure that you have access to...        https://mail.google.com/mail/u/0/?ik=58ec9f1058&view=pt&search=all...

 Gmail                                                          A M <amonegas@gmail.com>

## DSW Alert: The City wants to make sure that you have access to the COVID-19 vaccine
1 message

**hrd.noreply@sfgov.org** <noreply@everbridge.net>                              Wed, May 5, 2021 at 8:57 PM
Reply-To: "hrd.noreply@sfgov.org" <conf-60934d00654c97630ef6c0ad-60932f73b36aba562de4a2e5@smtpic-
ne.prd1.everbridge.net>
To: "AMONEGAS@GMAIL.COM" <AMONEGAS@gmail.com>



### City and County of San Francisco DSW Alert

Please reply to this message with the corresponding number to let us know your vaccination status. This information will be kept confidential. Thank you for replying even if you replied to an earlier poll. This survey will be open for 24 hours.

If you need assistance getting a vaccine, you can also reach out to DHR-DOC@sfgov.org

1. I would like to be vaccinated, but I need help getting an appointment

2. I am fully vaccinated

3. I have received the first dose of Moderna or Pfizer, and my second appointment is scheduled

4. Decline to state

DSW Alerts is owned and operated by the City and County of San Francisco and powered by Everbridge, Inc.

## Monegas, April (DPH)

**From:**      hrd.noreply@sfgov.org <noreply@everbridge.net>
**Sent:**      Thursday, May 13, 2021 10:03 AM
**To:**        Monegas, April (DPH)
**Subject:**   DSW Alert: The City wants to make sure that you have access to the COVID-19 vaccine



### City and County of San Francisco DSW Alert

Join your City colleagues by replying to this message with the number that corresponds to your vaccination status. All replies will be kept confidential, and thank you for replying even if you replied to an earlier poll. This survey will be open for 24 hours.

If you need assistance getting a vaccine, reach out to DHR-DOC@sfgov.org

1. I would like to be vaccinated, but I need help getting an appointment

2. I am fully vaccinated

3. I have received the first dose of Moderna or Pfizer, and my second appointment is scheduled

4. Decline to state

DSW Alerts is owned and operated by the City and County of San Francisco and powered by Everbridge, Inc.

A-1c

1

IMG-4464.jpg                                                                        about:blank



88911 ›

Thu, May 13, 11:00 AM

DSW Alert: The City wants to make sure that you have access to the COVID-19 vaccine
Join your City colleagues by replying to this message with the number that corresponds to your vaccination status. All replies will be kept confidential, and thank you for replying even if you replied to an earlier poll. This survey will be open for 24 hours.

If you need assistance getting a vaccine, reach out to DHR-DOC@sfgov.org
1. I would like to be vaccinated, but I need help getting an appointment
2. I am fully vaccinated
3. I have received the first dose of Moderna or Pfizer, and my second appointment is scheduled
4. Decline to state
Reply with your choice number

    Text Message

A-1c

Gmail - DSW Alert: The City wants to make sure that you have access to...        https://mail.google.com/mail/u/0/?ik=58ec9f1058&view=pt&search=all...

 Gmail                                                    **A M <amonegas@gmail.com>**

## DSW Alert: The City wants to make sure that you have access to the COVID-19 vaccine

**hrd.noreply@sfgov.org** <noreply@everbridge.net>                          Thu, May 13, 2021 at 11:02 AM
Reply-To: "hrd.noreply@sfgov.org" <conf-609d4d8934cfd54201ad39b8-609d4d0ae71c2e282bfb8b57@smtpic-
ne.prd1.everbridge.net>
To: "AMONEGAS@GMAIL.COM" <AMONEGAS@gmail.com>



**City and County of San Francisco DSW Alert**

Join your City colleagues by replying to this message with the number that corresponds to your vaccination status. All replies will be kept confidential, and thank you for replying even if you replied to an earlier poll. This survey will be open for 24 hours.

If you need assistance getting a vaccine, reach out to DHR-DOC@sfgov.org

1. I would like to be vaccinated, but I need help getting an appointment

2. I am fully vaccinated

3. I have received the first dose of Moderna or Pfizer, and my second appointment is scheduled

4. Decline to state

DSW Alerts is owned and operated by the City and County of San Francisco and powered by Everbridge, Inc.

**Monegas, April (DPH)**

| | |
|---|---|
| **From:** | hrd.noreply@sfgov.org <noreply@everbridge.net> |
| **Sent:** | Thursday, May 13, 2021 11:05 AM |
| **To:** | Monegas, April (DPH) |
| **Subject:** | DSW Alert: The City wants to make sure that you have access to the COVID-19 vaccine |



**City and County of San Francisco DSW Alert**

Join your City colleagues by replying to this message with the number that corresponds to your vaccination status. All replies will be kept confidential, and thank you for replying even if you replied to an earlier poll. This survey will be open for 24 hours.

If you need assistance getting a vaccine, reach out to DHR-DOC@sfgov.org

1. I would like to be vaccinated, but I need help getting an appointment

2. I am fully vaccinated

3. I have received the first dose of Moderna or Pfizer, and my second appointment is scheduled

4. Decline to state

   DSW Alerts is owned and operated by the City and County of San Francisco and powered by Everbridge, Inc.

A-1c

1

 Gmail

**A M <amonegas@gmail.com>**

## DSW Alert: The City wants to make sure that you have access to the COVID-19 vaccine

**hrd.noreply@sfgov.org** <noreply@everbridge.net>                    Thu, May 13, 2021 at 12:04 PM
Reply-To: "hrd.noreply@sfgov.org" <conf-609d5c1134cfd54201b1f2a4-609d4d0ae71c2e282bfb8b57@smtpic-ne.prd1.everbridge.net>
To: "AMONEGAS@GMAIL.COM" <AMONEGAS@gmail.com>



**City and County of San Francisco DSW Alert**

Join your City colleagues by replying to this message with the number that corresponds to your vaccination status. All replies will be kept confidential, and thank you for replying even if you replied to an earlier poll. This survey will be open for 24 hours.

If you need assistance getting a vaccine, reach out to DHR-DOC@sfgov.org

1. I would like to be vaccinated, but I need help getting an appointment

2. I am fully vaccinated

3. I have received the first dose of Moderna or Pfizer, and my second appointment is scheduled

4. Decline to state

DSW Alerts is owned and operated by the City and County of San Francisco and powered by Everbridge, Inc.

IMG-4466.jpg                                                                                                    about:blank





88911 >

Thu, May 13, 1:04 PM

DSW Alert: The City wants to make sure that you have access to the COVID-19 vaccine
Join your City colleagues by replying to this message with the number that corresponds to your vaccination status. All replies will be kept confidential, and thank you for replying even if you replied to an earlier poll. This survey will be open for 24 hours.

If you need assistance getting a vaccine, reach out to DHR-DOC@sfgov.org
1. I would like to be vaccinated, but I need help getting an appointment
2. I am fully vaccinated
3. I have received the first dose of Moderna or Pfizer, and my second appointment is scheduled
4. Decline to state
Reply with your choice number

      Text Message

A-1c

Gmail - DSW Alert: The City wants to make sure that you have access to...       https://mail.google.com/mail/u/0/?ik=58ec9f1058&view=pt&search=all...

 Gmail

**A M <amonegas@gmail.com>**

## DSW Alert: The City wants to make sure that you have access to the COVID-19 vaccine

**hrd.noreply@sfgov.org** <noreply@everbridge.net>                    Thu, May 13, 2021 at 1:06 PM
Reply-To: "hrd.noreply@sfgov.org" <conf-609d6a9934cfd54201b50cd0-609d4d0ae71c2e282bfb8b57@smtpic-ne.prd1.everbridge.net>
To: "AMONEGAS@GMAIL.COM" <AMONEGAS@gmail.com>



### City and County of San Francisco DSW Alert

Join your City colleagues by replying to this message with the number that corresponds to your vaccination status. All replies will be kept confidential, and thank you for replying even if you replied to an earlier poll. This survey will be open for 24 hours.

If you need assistance getting a vaccine, reach out to DHR-DOC@sfgov.org

1. I would like to be vaccinated, but I need help getting an appointment

2. I am fully vaccinated

3. I have received the first dose of Moderna or Pfizer, and my second appointment is scheduled

4. Decline to state

DSW Alerts is owned and operated by the City and County of San Francisco and powered by Everbridge, Inc.

IMG-4467.jpg                                                                                                    about:blank





88911 ›

Wed, May 19, 11:30 AM

DSW Alert: The City wants to make sure that you have access to the COVID-19 vaccine [Rebroadcast DSW Alert] Join your City colleagues by replying to this message with the number that corresponds to your vaccination status. All replies will be kept confidential, and thank you for replying even if you replied to an earlier poll. This survey will be open for 24 hours.

If you need assistance getting a vaccine, reach out to DHR-DOC@sfgov.org
1. I would like to be vaccinated, but I need help getting an appointment
2. I am fully vaccinated
3. I have received the first dose of Moderna or Pfizer, and my second appointment is scheduled
4. Decline to state

      Text Message

A-1d

IMG-4468.jpg

about:blank





88911 >

Wed, May 19, 12:32 PM

DSW Alert: The City wants to make sure that you have access to the COVID-19 vaccine [Rebroadcast DSW Alert] Join your City colleagues by replying to this message with the number that corresponds to your vaccination status. All replies will be kept confidential, and thank you for replying even if you replied to an earlier poll. This survey will be open for 24 hours.

If you need assistance getting a vaccine, reach out to DHR-DOC@sfgov.org
1. I would like to be vaccinated, but I need help getting an appointment
2. I am fully vaccinated
3. I have received the first dose of Moderna or Pfizer, and my second appointment is scheduled
4. Decline to state

 

Text Message

A-1d

IMG-4469.jpg                                                                                          about:blank





**88911** ›

Wed, May 19, 1:34 PM

DSW Alert: The City wants to make sure that you have access to the COVID-19 vaccine [Rebroadcast DSW Alert] Join your City colleagues by replying to this message with the number that corresponds to your vaccination status. All replies will be kept confidential, and thank you for replying even if you replied to an earlier poll. This survey will be open for 24 hours.

If you need assistance getting a vaccine, reach out to DHR-DOC@sfgov.org
1. I would like to be vaccinated, but I need help getting an appointment
2. I am fully vaccinated
3. I have received the first dose of Moderna or Pfizer, and my second appointment is scheduled
4. Decline to state

    Text Message  

A-1d

**Monegas, April (DPH)**

| | |
|---|---|
| **From:** | DHR Alert (HRD) |
| **Sent:** | Wednesday, June 23, 2021 5:17 PM |
| **Subject:** | New Vaccine and Face Covering Policy for City Employees |
| **Attachments:** | DHR_Vaccination Policy_6.23.21.pdf; DHR_ Face Coverings Policy_6.23.21.pdf |

Dear City employee-

According to the federal Centers for Disease Control (CDC), the California Department of Public Health, and the San Francisco County Health Officer, COVID-19 continues to pose a risk, especially to individuals who are not fully vaccinated, and certain safety measures remain necessary to protect against COVID-19 cases and deaths. Vaccination is the most effective way to prevent transmission and limit COVID-19 hospitalizations and deaths.

This email is to provide you with information about the new vaccination related requirements for all City employees, which require all employees to:

    (1)  report their vaccination status to the City no later than July 29, 2021, and if they are fully vaccinated, to provide documentation to verify that status; and

    (2)  be fully vaccinated and report that vaccination status to the City no later than 10 weeks after the Federal Food & Drug Administration (FDA) gives final approval to at least one COVID-19 vaccine.

The policy will be effective as of Monday, June 28, 2021. All employees will have 30 days (until July 29, 2021) to report their vaccination status including documentation verifying that status, using the City's People and Pay system through a link that will be found on the Employee Portal. All employees must provide the name of vaccine, date(s) of vaccination, and upload documentation into the system. This information will remain protected under existing City standard procedures for keeping any protected information in your employee file confidential.

If you need assistance uploading your verification to the Employee Portal or have other related questions, please reach out to your department human resource representative.

As always, thank you for all you are doing to support the residents of the City and County of San Francisco.

Sincerely,

Carol Isen
Human Resources Director

 **Department of Human Resources**

Connecting People with Purpose

* Please do not reply to this message. Replies to this message are routed to an unmonitored mailbox.

**City and County of San Francisco**
Carol Isen
Human Resources Director



**Department of Human Resources**
*Connecting People with Purpose*
www.sfdhr.org

**COVID-19 Vaccination Policy**
**Issued June 23, 2021**
**Effective June 28, 2021**

### PURPOSE STATEMENT

The City and County of San Francisco (City) must provide a safe and healthy workplace, consistent with COVID-19 public health guidance and legal requirements, to protect its employees and the public as it reopens services and returns more employees to workplaces.

According to the federal Centers for Disease Control (CDC), the California Department of Public Health, and the San Francisco County Health Officer, COVID-19 continues to pose a risk, especially to individuals who are not fully vaccinated, and certain safety measures remain necessary to protect against COVID-19 cases and deaths.  Vaccination is the most effective way to prevent transmission and limit COVID-19 hospitalizations and deaths.

On June 17, 2021, Governor Newsom issued Executive Order No. N-09-21, which implements new State Division of Occupational Safety and Health (Cal/OSHA) rules, effective June 17, 2021. These rules require employers to take specific measures to protect employees from COVID-19, including enforcing masking and quarantine requirements, and offering COVID-19 testing and time off, for employees who are unvaccinated or for whom the employer does not have documentation verifying they are fully vaccinated. Unvaccinated employees are at greater risk of contracting and spreading COVID-19 within the workplace and to the public that depends on City services.

To best protect its employees and fulfill its obligations to the public, effective June 28, 2021, the City's policy is to require that all employees must, as a condition of employment: (1) report their vaccination status to the City; and (2) be fully vaccinated and report that vaccination status to the City no later than 10 weeks after the Federal Food & Drug Administration (FDA) gives final approval to at least one COVID-19 vaccine.

### LEGAL REQUIREMENTS

Cal/OSHA's COVID-19 Temporary Emergency Standard, revised June 17, 2021 and effective June 17, 2021 by Governor Newson's Executive Order No. N-09-21, requires employers to verify and document that an employee is fully vaccinated before allowing that employee to discontinue masking indoors (except at certain worksites where a face covering remains required even for fully-vaccinated employees). For unvaccinated employees or employees for whom the City does not have documentation verifying fully vaccinated status, the City must enforce masking, provide COVID-19 testing for employees following a close contact in the workplace or anytime they have COVID-19 symptoms, and exclude these employees from the workplace for at least

COVID-19 Vaccination Policy
June 23, 2021

10 days after a close contact. Upon request, the City also must provide non-vaccinated employees with respirators (N95 masks) and provide education about using that type of mask.

**STATEMENT OF POLICY**

To protect the City's workforce and the public that it serves, all City employees must report their vaccination status to the City. The City will use this information to enforce the Cal/OSHA masking, testing, quarantine and other requirements and compliance with this Policy.

In addition, except as otherwise provided below, all City employees must be fully vaccinated no later than 10 weeks after the FDA gives final approval to at least one COVID-19 vaccine. Employees with a medical condition or other medical restriction that affects their eligibility for a vaccine, as verified by their medical provider, or those with a sincerely held religious belief that prohibits them from receiving a vaccine, may request a reasonable accommodation to be excused from this vaccination requirement. The City will review requests for accommodation on a case-by-case basis consistent with existing procedures for reasonable accommodation requests.  Employees who previously reported that they were unvaccinated must update their status once they are fully vaccinated.

Failure to comply with this policy may result in discipline up to and including termination of employment.

**Process for Reporting Vaccination Status**

All City employees must report their vaccination status into People and Pay using the COVID-19 Vaccination Status Form no later than July 29, 2021, with the following information:
- The type of vaccine obtained (Moderna, Pfizer, or Johnson & Johnson);
- Date of first dose of vaccine;
- Date of second dose of vaccine for a 2-dose vaccine;
- Declaration under penalty of perjury that they have been fully vaccinated; and
- Uploaded documentation verifying proof of vaccination status. Proof of vaccination can include a copy of the CDC Covid-19 Vaccination Record Card, documentation of vaccine from the employee's healthcare provider, or documentation issued by the State of California by going to:  https://myvaccinerecord.cdph.ca.gov/

To be fully vaccinated, 14 days must have passed since an employee received the final dose of a two-shot vaccine or a dose of a one-shot vaccine.  Employees who are not fully vaccinated but partially vaccinated as of July 29, 2021 shall provide that information. All unvaccinated employees must continue to comply with masking, testing, and other safety requirements until they are fully vaccinated and have reported and documented that status to the City consistent with this Policy.

A-2b

COVID-19 Vaccination Policy
June 23, 2021

Unless excused through an approved reasonable accommodation request, all employees must comply with the requirement to be fully vaccinated and submit documentation of that status no later than 10 weeks after the FDA gives final approval to at least one COVID-19 vaccine.

**POLICY IMPLEMENTATION**

Employees must report their vaccination information and upload documentation verifying that status into the City's People & Pay system using the Employee Portal.  Only City employees authorized to access employee personnel information will have access to the medical portion of the file. The City will share information about an employee's vaccination status only on a need-to-know basis, including to the employee's department, managers, and supervisors for the purpose of enforcing masking and safety requirements.

The first date that a fully vaccinated employee who has provided verification and documentation of that status to the City is allowed to unmask at indoor work sites is July 6, 2021. Thereafter, Departments will receive updated information on a weekly basis.  Fully vaccinated employees may not remove masks at work until their department has been provided with the information necessary to confirm their status and enforce these requirements.

A-2b

**City and County of San Francisco**
Carol Isen
Human Resources Director



**Department of Human Resources**
*Connecting People with Purpose*
www.sfdhr.org

**Face Covering Requirements At Work**
**COVID-19 Prevention**
**Revised June 23, 2021**

*Revision Note: This Face Covering Requirements at Work policy (Policy) supersedes the Face Covering Requirements at Work policy issued June 5, 2020 and amended August 3, 2020. The revision complies with Governor Newsom's Executive Order No. N-09-21, which implements new State Division of Occupational Safety and Health (Cal/OSHA) rules effective June 17, 2021.*

*The changes in this Policy specify the face covering requirements for employees based on vaccination status, as reported and documented by employees pursuant to the Vaccine Policy issued June 23, 2021.*

### POLICY

This Policy applies to all City employees, except employees whose work is governed by the safety requirements in the Cal/OSHA Aerosol Transmissible Disease Standard (ATD Standard). The ATD Standard generally applies to workplaces where employees have an elevated risk of contracting disease, such as healthcare settings where patients are present, including hospitals, medical clinics, skilled nursing facilities, home health care, long-term healthcare facilities, medical transport, and paramedic response. If employees have questions about whether this Policy or the ATD Standard applies to them, they should ask their supervisor or departmental Human Resources personnel.

All employees subject to this Policy must comply with its requirements. Generally, employees are not required to wear face coverings when working outdoors. Employees who have submitted documentation to the City verifying that they are fully vaccinated are not required to wear face coverings indoors or outdoors, except as otherwise described in this Policy. Employees who have not submitted documentation verifying fully vaccinated status must wear a face covering indoors, except as otherwise described in this Policy.

The first date that a fully vaccinated employee who has provided documentation of that status to the City is allowed to unmask at indoor work sites is July 6, 2021. Thereafter, Departments will receive updated information on a weekly basis. Fully vaccinated employees may not remove masks at work until their department has been provided with the with the information necessary to confirm their status and enforce these requirements.

Departments must enforce face covering requirements for employees who have not submitted documentation to the City verifying that they are fully vaccinated. Upon request, departments must also provide employees who are not documented as fully vaccinated and who are working indoors or in vehicles with more than one person with respirators (N95 mask) for voluntary use (although these employees must wear some face covering, even if they elect not to wear a respirator). Departments must provide face coverings to any employee regardless of vaccination status.

These safety rules are essential to protect the health of City employees and the public. All employees subject to this Policy must comply with them. If an employee is unable to comply with this face covering requirement

Face Covering Requirements
June 23, 2021

based on a qualifying disability or medical restrictions or because of a sincerely held religious belief, they may request an accommodation by contacting their departmental Human Resources representative.

Employees shall be sent home and may use sick leave, if available, during the interactive reasonable accommodation process, unless the department determines telecommuting is available and appropriate.

**An employee who fails to comply with these face covering requirements will receive one direct notice of the requirement and will be given an immediate opportunity to comply with the requirement. If the employee does not immediately comply, the employee will be sent home on vacation or accrued leave, other than sick leave. If the employee does not comply with the requirement a second time, the City will proceed with discipline up to and including separation from employment.** There is no tolerance for employees who will not adhere to these reasonable and necessary safety requirements.

**Vaccination Status Defined**

For purposes of this Policy and City employment, an employee is considered fully vaccinated when they have submitted documentation to the City verifying that it has been at least 14-days since their final dose of a COVID-19 vaccine, consistent with the City's Vaccination Policy. Employees who have not submitted proof of vaccination are considered unvaccinated.

**Face Coverings Defined**

A face covering means a surgical mask, a medical procedure mask, a voluntarily worn respirator, or a cloth covering that is two-layers, without holes, and that fits closely around and covers the nose, mouth, and surrounding areas of the lower face. Face coverings may not have a one-way valve (an "exhaust valve"), typically a small plastic square or disc on the front or side of the face covering, that is designed to allow easy exhaling.

Bandanas, scarves, turtlenecks, ski masks, balaclavas, plastic face shields, or single-layer fabric coverings are not acceptable.

Unvaccinated employees who have a medical exemption from wearing a face covering due to a medical condition or disability may wear an effective non-restrictive alternative, such as a face shield with a drape on the bottom, if their condition or disability permits it.

**Face Covering Requirements**

All employees, including fully vaccinated employees, must continue to wear face coverings at work in the following locations as required by State and Federal law:
- On public transit (airplanes, ships, ferries, trains, subways, buses, taxis, and ride-shares) and in transportation hubs (airport, bus terminal, marina, train station, seaport or other port, subway station, or any other area that provides transportation);
- Indoors at K-12 schools, childcare and other youth settings;
- Healthcare settings (including long-term care facilities);
- State and local correctional facilities and detention centers; and
- Homeless shelters, emergency shelters, and cooling centers.

In addition, in certain circumstances such as an outbreak, all employees regardless of vaccination status may be required to wear a face covering, regardless of whether working indoors or outdoors.

Face Covering Requirements
June 23, 2021

In certain circumstances, departments may determine that additional Personal Protective Equipment is necessary during high-risk activities or to comply with other governmental requirements. Any additional requirements must be included in the department's COVID-19 Prevention Plan required by Cal/OSHA.

Except as provided above and beginning July 6, 2021, **fully vaccinated** employees are not required to wear a face covering indoors if they have submitted the required documentation to the City. Employees who provide documentation after that will be allowed to remove face coverings in indoor workspaces on the Monday following the receipt of the necessary information to ensure that the departments may enforce the safety requirements.

Employees who are **unvaccinated** (including those who have not submitted documentation verifying their fully vaccinated status) must also continue to wear a face covering as follows:

- **Indoors**: Unvaccinated employees must wear a face covering indoors with the following exceptions:
  - When eating and drinking while maintaining 6-foot distancing;
  - When working alone in a private office so long as the employee can put on the face covering quickly if someone enters; and
  - When the employee's department determines that wearing a face covering while working would create a safety risk to the employee.

- **Vehicles**: Unvaccinated employees must wear a face covering when in a vehicle with another person.

  Employees who are vehicle operators of a bus or public transit vehicle must continue to wear face coverings at all times, even if fully vaccinated.

Gmail - Letter to the City Regarding New Vaccination Policy                    https://mail.google.com/mail/u/0/?ik=58ec9f1058&view=pt&search=all...

 Gmail                                            A M <amonegas@gmail.com>

**Letter to the City Regarding New Vaccination Policy**
1 message

**IFPTE Local 21** <union21@ifpte21.org>                              Thu, Jul 8, 2021 at 2:22 PM
Reply-To: IFPTE Local 21 <union21@ifpte21.org>
To: Lovely April <amonegas@gmail.com>

View this email in your
browser



### Letter to the City Regarding New Vaccination Policy

Dear Lovely April,

The City and County of San Francisco has gone public with a new policy requiring city
employees to report their vaccination status by July 28th and become vaccinated within 10
weeks after the FDA fully approves the vaccine as safe. In their rushed rollout, we are
concerned that **the City has carelessly created fear and uncertainty** with threats of job
termination.

**We are doing everything possible to ensure that going forward this policy is
pursued with fairness and sensitivity.** The rights of every IFPTE Local 21 member will
be protected by our union.

**Yesterday the Public Employee Committee (PEC) sent a letter to the City outlining
our shared concerns and requests.** We are asking for the following:

1. Culturally competent outreach to CCSF employees that listens to and addresses the
   experiences of veterans and communities of color with historical reasons for
   hesitancy.

2. Immediate and transparent provision of exemption forms for CCSF employees who
   have the right to opt out of vaccination for medical or religious reasons.

Exhibit A-3

3. Alignment of this plan with other city and county jurisdictions, or the State of California.

As emergency, healthcare, and essential disaster service workers, we answered the call to keep vital public services accessible to our communities. Through our work, we have come to see and understand the need to engage citizens with compassion and cultural competence when dealing with this public health crisis. **We seek the same understanding and good faith from the City in its role as our employer.**

In Solidarity,
IFPTE Local 21

Copyright © 2021 IFPTE LOCAL 21, All rights reserved.

**Our mailing address is:**
1167 Mission St. 2nd Floor
San Francisco, CA 94103

Want to change how you receive these emails?
You can update your preferences or unsubscribe from this list

**Monegas, April (DPH)**

| | |
|---|---|
| **From:** | Dr. Grant Colfax <DirectorsMessage@sfdph.org> |
| **Sent:** | Monday, August 2, 2021 4:36 PM |
| **To:** | Monegas, April (DPH) |
| **Subject:** | Director's Message – COVID-19 Update |



SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH
GRANT COLFAX, MD
DIRECTOR OF HEALTH

CITY AND COUNTY OF SAN FRANCISCO
LONDON N. BREED
MAYOR

August 2, 2021

Dear Team DPH,

To see COVID-19 cases again on the rise is incredibly challenging. I know that many of us are feeling frustrated and weary as our path toward recovery is complicated.

The highly contagious Delta variant is here, spreading quickly, and it has changed our fight against the virus. Our current projections show this fourth surge will peak at the end of August or early September.

The Delta variant—essentially COVID-19 on steroids—requires that we work together as a department. As health care professionals, we find ourselves at yet another critical point in the pandemic. And again, you are on the frontlines of how our city responds. Your work has made us a national model over the past 18 months, and I know you will continue to lead with compassion, excellence, and grace.

Fortunately, we are in a much better place than we were during the last three surges. The vaccines remain highly effective and vaccinated individuals are extremely unlikely to become severely ill if they do contract COVID. I am proud to live in one of the most vaccinated places in the country—and proud of your efforts to vaccinate San Franciscans. Even as cases rise, our data tells us the vaccine has already saved lives. While the pace of vaccinations has slowed significantly since the spring, across the city we are now seeing an uptick in vaccinations. The San Francisco Health Network alone continues to give over 100 first doses a day. And each dose is a win.

This requires that we all get vaccinated. It is not too late for you or those in your life to get a shot. They are free, safe, effective and appointments are readily available throughout the City at sf.gov/getvaccinated.

It also requires that we re-commit to masking. Please be sure to wear a mask indoors, whether you are vaccinated or not,  as required in healthcare settings and as directed by the health order released today.

And finally, please stay home when sick, regardless of your vaccination status. If you have COVID-19 symptoms or were exposed to someone diagnosed with COVID-19, contact your manager immediately and do not come to work until directed. This applies whether or not you have been fully vaccinated.

Thank you for your continued dedication to protecting and promoting public health. Every day, you are saving lives.

With gratitude,

Exhibit A-4

Grant

101 Grove Street, San Francisco, CA 94102

Share this email:

   

Manage your preferences | Opt out using TrueRemove®
Got this as a forward? Sign up to receive our future emails.
View this email online.

101 Grove st
San Francisco, CA | 94102 US

This email was sent to april.monegas@sfdph.org.
*To continue receiving our emails, add us to your address book.*

## Monegas, April (DPH)

| | |
|---|---|
| **From:** | David, Aldrich (DPH) |
| **Sent:** | Monday, November 22, 2021 2:55 PM |
| **To:** | Monegas, April (DPH); April Monegas |
| **Cc:** | DHR-EEO; DPH-EEO; Comes, Jessica (HRD) |
| **Subject:** | RE: Exemption Determination |
| **Attachments:** | Monegas, April Determination-on-COVID-19-Vaccination-Exemption.pdf |

Good Afternoon April,

Please see the attached regarding your request for exemption. Due to your sincerely held religious beliefs, I have copied DHR EEO who should contact you in regards to the  Citywide job search process.

You must comply with the state and local Health Orders and City policy requiring COVID-19 vaccination. You are also required to provide updated vaccination status and documentation to the City and Department through the SF Employee Portal. Please see below for information on uploading documentation.

Because you are unvaccinated and do not have an approved exemption from the vaccination requirement, you must remain on leave until "vaccinated" (or if on or after November 1, 2021 until you are "fully vaccinated"). "Vaccinated" under the health orders means you received the final dose of your vaccine regimen. You are "fully vaccinated" two weeks after you received the final dose.

You will receive additional notice from DPH HR Labor Relations in the following days.

Should you change your mind about vaccinating, here are the instructions for updating your vaccination record:
- Go to the SF Employee Portal site, log on, and click on the "Employee Links" tab.  Then, click on "Update/View Vaccine Status."  Once there you will be taken to a screen titled "Search/Fill a Form."  The subject should be "COVID."  Click the "Search" button.  Go to the "Form" tab and make the change to the dates.  Click "Save" once you are done.
  - Important Note: Going back to the "Form" tab and clicking "submit" must be done for the attachment to upload.
- Additional information can be found at: https://sfemployeeportalsupport.sfgov.org/support/solutions/articles/11000077233-how-to-submit-your-covid-19-vaccine-status-via-the-sf-employee-portal
- Assistance with uploading/correction: please contact dph-hradmin@sfdph.org and/or Alyssa Mendoza alyssa.mendoza@sfdph.org with your vaccination documentation

Thanks,
Rich David
Sr. Human Resources Analyst
Labor Relations, ZSFG DPH
Phone: 628-206-5419
Cell:    415-994-7162
Fax:     628-206-4580

 **City and County of San Francisco**

## DETERMINATION ON COVID-19 VACCINATION EXEMPTION REQUEST

| Employee Name | Employee DSW# |
|---|---|
| Lovely April F Monegas | 180292 |
| **Job Code and Title** | **Department** |
| 1823 Senior Administrative Analyst | DPH |
| **Division/Unit** | **Supervisor/Manager** |
| HBH Substance Use Disorder | Anne M Ruggels |

This notice is to advise you of the following departmental determination on your request for exemption from COVID-19 vaccination requirements submitted on ___/___/20___.

### ☐ APPROVED

Your request for an exemption based on a disability, medical condition, or sincerely held religious belief is **APPROVED.** You will remain in your current position with the following reasonable accommodations (including any mandatory health and safety protocols for unvaccinated employees, such as regular testing and specific masking requirements and to protect coworkers and members of the public):

_____

_____

(Attach separate sheet as necessary.) Failure to comply with any of the required accommodations, including health and safety requirements, may result in revocation of this approval.

**DURATION**

Approved accommodations are subject to change in accord with public health orders, or to align with current essential job functions, or operational needs. Should either your condition or religious beliefs change such that this accommodation is no longer necessary, or needs to be modified, you must immediately notify your supervisor or department Human Resources personnel.

This accommodation is subject to review and re-approval on: _09_/_20_/20_21_.

### ☒ DENIED

| ☐ DISABILITY OR MEDICAL CONDITION | ☐ SINCERELY HELD RELIGIOUS BELIEF |
|---|---|
| Your request for an exemption based on an asserted disability or medical condition is **DENIED** for the following reason(s): | Your request for an exemption based on an asserted sincerely held religious belief, practice or observance is **DENIED** for the following reason(s): |
| ☐ Medical Documentation Inadequate/Not Submitted<br>☐ No Disability or Medical Condition Requiring Accommodation<br>☐ Accommodation Would Pose a Direct Threat to the Health and Safety of Others and/or Yourself<br>☐ Accommodation Would Prevent Employee from Performing Essential Function(s)<br>☐ Accommodation Would Result in Undue Hardship for the City<br>☐Other: _____ | ☐ Documentation Insufficient to Show a Conflict Between Vaccination Requirement and Sincerely Held Religious Belief, Practice or Observance<br>☒ Accommodation Would Pose a Direct Threat to the Health and Safety of Others and/or Yourself<br>☒ Accommodation Would Prevent Employee from Performing Essential Function(s)<br>☒ Accommodation Would Result in Undue Hardship for the City<br>☐ Other: _____ |

### ☒ CITYWIDE SEARCH

The department has determined that you have a medical condition, disability, or sincerely held religious belief that precludes you from being vaccinated, but that the department cannot reasonably accommodate you in your current position. While you cannot remain in your current position, you may continue the interactive process to explore other options for reasonable accommodation through the Citywide job vacancy search. This 60-day process involves a search for available, vacant, non-promotive positions within City employment for which you are qualified and that you can perform while unvaccinated, with or without accommodation.



**FOR HR USE ONLY**

Vaccination Status Updated in PeopleSoft ☐ Yes   ☐ No

Date Determination Form Uploaded to PeopleSoft: ___/___/20___

Referred to Citywide Reasonable Accommodation Coordinator ☐ Yes   ☐ No

April Monegas
2104 East Anderson Lane, Apt. 1513 Austin, Texas 78752
email: amonegas@gmail.com

| Aldrich David, Human Resources Analyst 2789 25th Street San Francisco, CA 94110 email: Aldrich.david@sfdph.org | Luenna Kim, Director of Human Resources Human Resources Office 101 Grove St. San Francisco, CA 94102 email: luenna.kim@sfdph.org |
|---|---|
| Wilson Ng, ADA Coordinator 1 Dr. Carlton B. Goodlett Place, City Hall, Room 244 San Francisco, CA 94102 email: Wilson.L.Ng@sfgov.org | Office of the City Attorney City Hall, Room 234 1 Dr. Carlton B. Goodlett Pl. San Francisco, CA 94102 cityattorney@sfcityatty.org |
| Amalia Martinez , EEO HR 1 South Van Ness Ave., 4th Floor San Francisco, CA 94103 amalia.martinezl@sfgov.org | |

December 13th 2021.

RE:    **Notice of Discrimination and Retaliation Based Upon Disability**
**Notice of Request for Skelly Hearing**

Greetings ,

On November 1, 2021, based upon my employer's information, I sent in a request for a religious exemption. On November 11, 2021, I received a determination email from Aldrich David and an unsigned determination (Enclosure 1 a & b) on my exemption request that both listed a pre-request date of September 20, 2021 in the approval box as the date my approval would be subject to re-approval; and it listed in the denied box that my accommodation would be a hardship for the city, that I would be a danger to co-workers, and that an accommodation would prevent me from performing essential functions of my job.

However, I work remotely and have no physical contact with co-workers, and further, there is no individualized assessment that Aldrich David is relying upon to consider me a direct threat.

There is no hardship for the City because I have already been working this way for a few months and performing all functions of my job. In addition, there was no determination that my documentation was insufficient. Further, no "effective date" was given for the 60 days of paid leave I am under prior to being wrongfully terminated.

When I asked for an appeal of this decision (Enclosure 2), I was told by Amalia Martinez, EEO by email (Enclosure 3), that no appeal was allowed. This is counter to the process of a Skelly hearing which includes the right to respond, either orally or in writing to the authority initially imposing discipline. As this determination will lead to me being terminated from my job, a Skelly hearing is surely the next step.

As a matter of record, Aldrich David failed to allege any facts in his determination:

He failed to allege any facts that would constitute an undue burden for my refusal to accept your accommodations.

He failed to allege any fact that would establish any fundamental alteration in the manner in which SFDPH business operates. SFDPH policies themselves have created a fundamental alteration in the manner in which its business operates.

He failed to allege facts that the disability SFDPH is, in fact, regarding me as having, is not transitory and minor.

SFDPH policies have created a disability for me. Please be advised of the law:

29 CFR Part 1630.2(r):

"Direct Threat means a significant risk of substantial harm to the health or safety of the individual or others that cannot be eliminated or reduced by reasonable accommodation. The determination that an individual poses a 'direct threat' shall be based on an individualized assessment of the individual's present ability to safely perform the essential functions of the job. This assessment shall be based on a reasonable medical judgment that relies on the most current medical knowledge and/or on the best available objective evidence. In determining whether an individual would pose a direct threat, the factors to be considered include:

(1) The duration of the risk;

(2) The nature and severity of the potential harm;

(3) The likelihood that the potential harm will occur; and

(4) The imminence of the potential harm."

SFDPH policies have nothing to do with anyone's safety, in fact, its policies violate the safety of its employees and violate its actual duty of care toward those employees. Safety requirements must be based on <u>actual risks</u> (not "guidelines" published on a website) and <u>not on mere speculation, stereotypes</u>, or <u>generalizations about individuals with disabilities.</u> All my employer's forms which only offer medical or religious exemption as the only "opt-out" choices interfere with my ADA rights because they limit an employee's right to invoke ADA protections of the 'Regarded As" prong, including without limitation, the right to be free of discrimination and retaliation based upon disability, such as being terminated or segregated because of one's physical condition.

I request a "Skelly" hearing or pre-disciplinary due process conference. The SFDPH has already undertaken "disciplinary" measures and penalized me without first conducting any "pre-disciplinary due process conference" as required under the Skelly criteria. I have been placed on 60 days paid leave prior to wrongful termination.

I am also documenting that my employer is **regarding me as having a disability** (an impaired immune system and an impaired respiratory system) **without any diagnosis or individualized assessment** and has also made a **record of such disability** by misclassifying me as having, in ADA terms, a mental or physical impairment that substantially limits one or more major life activities.[1]

My employer is also coercing me to submit to medical examinations and interventions as accommodations ("mitigation measures") without any informed consent. It has been extremely difficult to perform my employment duties because of these interruptions and harassment.

Title I of the ADA prohibits employers from requiring medical examinations or making disability-related inquiries of employees unless such examination or inquiry is shown to be job-related and consistent with business necessity; see, 42 U.S.C. §12112(d)(4); 29 CFR §1630.14(c)

_____

Regarding the mitigation measures such as vaccines and submitting to medical examinations, I am not required to accept these or any mitigation measures under Title I of the ADA. 29 CFR Part 1630.9(d). Moreover, I am not required to prove any "exemption" but the employer alone has the burden of proving that I am a direct threat. My employer is responding to me as if I have an actual or potential contagious disease. I demand to review the records the employer has relied upon to determine that I am a direct threat. If there is some legal authority that overrides my rights under the ADA, please provide me with a legal citation.

My employer is also threatening adverse employment actions if I do not submit to mitigation measures.

Because my employer is regarding me as disabled, I am invoking my rights under the Americans with Disabilities Act as a qualified individual with a disability. I also want to speak confidentially to the SFDPH designated employee or representative for matters involving Title I of the Americans with Disabilities Act and grievances. **Please identify this employee to me and give me their contact information**.

I am notifying my employer at this time that I am claiming my rights under the ADA, and I do not need to file a "medical" or "religious" exemption--- I am already "exempt" from the new policy by claiming informed consent and by claiming my rights under the ADA. I am already "exempt" because my employer is not relying on any individualized assessment or diagnosis of any condition of impairment. I do not have an impairment rather I am being regarded as impaired. The fact that my employer has not acknowledged informed consent or ADA-based reasons for not using "mitigation measures" on the forms offering "exemptions" is interference with my rights under the ADA.

From the EEOC website, number 19, "Interference":

"Examples of interference include: issuing a policy or requirement that purports to limit an employee's rights to invoke ADA protections (e.g., a fixed leave policy that states 'no exceptions will be made for any reason');"[2]

Exhibit A-6 , A-8

---

2 https://www.eeoc.gov/laws/guidance/questions-and-answers-enforcement-guidance-retaliation-and-related-issues

**Questions for the SFDPH Legal Department or Risk Management Department to respond to:**

I have several questions that I would like answered by my employer and I request Human Resources to incorporate getting them answered as part of its discrimination investigation.

1. Why does SFDPH regard me as having a disability of an impaired immune system and an impaired respiratory system and what records have you made of this?

2. An actual diagnosis must precede any prescription or treatment. What medical records and complaint made by a physician to a health officer, and "orders of isolation and quarantine" does SFDPH rely upon for regarding me as having an impaired immune system and an impaired respiratory system? Please include all evidence, court records and records from the individualized assessment used in making this determination or diagnosis as required under Title I of the Americans with Disabilities Act.[3]

3. When did SFDPH conspicuously disclose that complying with a COVID-19 vaccine requirement, testing requirement, or masking requirement is an essential function of my job?

4. Please identify the statute and regulation imposing SFDPH's legal duty of care to protect me and others from any contagious disease and the commissioner's pertinent "hazard assessments".

5. Please provide a copy of documentary evidence from the departments of health or labor establishing the existence of a disease that has been isolated by modern scientific standards and documentary evidence proving that such disease is airborne and contagious.

6. Please identify SFDPH's insurable risk with a copy of the insurance binder showing that SFDPH is insured for protecting employees from a contagious disease and for any adverse health consequences they may suffer as a result of SFDPH's mitigation measures.

7. Regarding the mitigation measures , a) why has SFDPH refused to disclose the risks and benefits of the product, and also advised me of my right to either accept or refuse the product," and b) which of these mitigation measures has the proven efficacy to prevent transmission or infection of the contagious disease for which you regard me as having?

3-29 CFR 1630.2 et seq.

8. How are these requests for my medical information and my submitting to medical examinations and interventions necessary for the performance of my employment duties?

9. How can SFDPH assume my immune system and respiratory system is impaired, respond me to me as if I have a contagious disease, then impose restrictions and medical interventions without my informed consent, physician's oversight or judicial approval, yet I am somehow required to obtain written permission from my physician to exercise my rights to informed consent and medical privacy? Please explain this to me.

We can stipulate that I have never waived any of my rights to medical privacy which includes the right of informed consent as a condition for employment.

If you refuse to answer these questions, I will consider the matter closed and we can set it aside and continue with our business without further interruption.

**Be advised that if my employment is conditioned upon submitting to your mitigation measures of vaccination and/or stricter PPE, this constitutes discrimination based upon disability, a violation of state and federal law, and retaliation under the ADA, for which I would have a claim for employment discrimination based upon disability.

Sincerely,

12/13/2021

**April Monegas**

enclosures:
1. Aldrich David's Determination email and letter
2. My email requesting an appeal
3. Response from Amalia Martinez denying right to appeal

Gmail - (Revised) Contest of Department Determination on Your Vaccina...        https://mail.google.com/mail/u/0/?ik=58ec9f1058&view=pt&search=all...

 Gmail

A M <amonegas@gmail.com>

## (Revised) Contest of Department Determination on Your Vaccination Exemption Request
1 message

Boyd, Deltrice (HRD) <deltrice.boyd@sfgov.org>                                    Fri, Dec 3, 2021 at 6:11 PM
To: "AMONEGAS@GMAIL.COM" <AMONEGAS@gmail.com>
Cc: "Colfax, Grant (DPH)" <grant.colfax@sfdph.org>, "Martinez, Amalia (HRD)" <amalia.martinez1@sfgov.org>

Dear Lovely April Monegas,

We have received your email communicating an intent to appeal your department's decision to deny your Vaccination Exemption Request. This is to advise you that there is no appeal process. Instead, please note that pursuant to the revised COVID-19 VACCINATION MEDICAL AND RELIGIOUS EXEMPTION REQUEST PROCEDURE (see, attached at p. 9), employees may file either an Equal Employment Opportunity (EEO) complaint or a grievance alleging discrimination regarding their department's decision to deny a request for a medical or religious exemption to the job-related vaccination requirement. This procedure is consistent with authority granted in the San Francisco Charter and in employee bargaining agreements.

The Department of Human Resources (DHR) will process your notice of intent to appeal as a complaint under the City's EEO Complaint procedures, unless you communicate in writing to DHR-EEO@sfgov.org that you wish to withdraw your complaint. DHR/EEO will expedite processing of complaints regarding determinations on medical and religious vaccination exemption requests. Therefore, you must communicate your intent to withdraw from the DHR/EEO complaint process no later than close of business on **Monday, December 13, 2021**. If you do not withdraw, DHR/EEO will continue processing your complaint.

**Union Grievance**

Please be advised that should you elect to pursue your discrimination complaint through the grievance process you are precluded from filing a complaint on the same issues using the City's EEO Complaint process. The Memorandum of Understanding agreed to by your union states that employees may elect only one administrative remedy available through the City, and that such election is irrevocable.

While your complaint or grievance is pending, you remain subject to the City's vaccination requirement and your department can proceed with adverse employment actions for noncompliance.  You may contact the undersigned at (415) 557-4932, or via email at amalia.martinez1@sfgov.org should you have any questions.

Sincerely,

*Amalia Martinez*

Amalia Martinez

Exhibit A-7

April Monegas
2104 East Anderson Lane, Apt. 1513
Austin, Texas 78752
email: amonegas@gmail.com

| | |
|---|---|
| Aldrich David, Human Resources Analyst<br>2789 25th Street<br>San Francisco, CA 94110<br>email: Aldrich.david@sfdph.org | Luenna Kim, Director of Human Resources<br>Human Resources Office<br>101 Grove St.<br>San Francisco, CA 94102<br>email: luenna.kim@sfdph.org |
| Wilson Ng, ADA Coordinator<br>1 Dr. Carlton B. Goodlett Place, City Hall,<br>Room 244<br>San Francisco, CA 94102<br>email: Wilson.L.Ng@sfgov.org | Office of the City Attorney<br>City Hall, Room 234<br>1 Dr. Carlton B. Goodlett Pl.<br>San Francisco, CA 94102<br>email: cityattorney@sfcityatty.org |
| Amalia Martinez, EEO HR<br>City & Co. SF, DHR<br>1 South Van Ness Ave., 4th Floor<br>San Francisco, CA 94103<br>email: amalia.martinez1@sfgov.org | Kate Howard, Deputy Director<br>City & Co. SF, DHR<br>1 South Van Ness Ave., 4th Floor<br>San Francisco, CA 94103<br>email: Kate.Howard@sfgov.org |

December 21, 2021.

RE:   **Second Notice of Discrimination and Retaliation Based Upon Disability**

**Second Notice of Request for Review of Aldrich David's Determination**

**Second Notice of Requesting Wilson Ng to identify employee who can open  an ADA Discrimination Case**

Greetings,

A quick review:

On November 1, 2021, based upon my employer's information, I sent in a request for a religious exemption.  On November 11, 2021, I received a determination email from Aldrich David and an unsigned determination letter (Enclosure 1 a & b) which listed both:

      a.  a pre-request date of September 20, 2021 in the Approval box as the date my approval would be subject to re-approval; and

      b.  it checked 3 boxes in the denied area; stating that accommodation would be:

             1.) a hardship for the City,

             2.) that I would be a danger to co-workers, and

             3.) that an accommodation would prevent me from performing essential functions of my job.

However,  I work remotely and have no physical contact with co-workers.  There is no individualized assessment that Aldrich David is relying upon to consider me a direct threat. There is no hardship for the City because I have already been working this way for a few months, at the request of the City, and performing all functions of my job.

In addition, there was no determination that my documentation was insufficient. Further, no "effective date" was given for the 60 days of paid leave I am under prior to being wrongfully terminated.

When I asked for an appeal of this decision (Enclosure 2), I was told by Amalia Martinez, EEO by email (Enclosure 3) that no appeal was allowed.

On December 15, I received, in response to the letter I sent you all disclosing these facts, an email from Amalia Martinez who has suddenly learned that there **is** a complaint process for reviewing an incorrect determination.  However, she asked me to file a new exemption request.  I clearly asked for a review of the work papers Aldrich David used to determine that I am a direct threat and to provide the individualized assessment he is relying upon to make this determination.  If he is not able to provide the individualized assessment he relied upon to make his determination, then he should "make whole" the situation and provide a corrected determination.

As a matter of record, Aldrich David failed to allege any facts in his determination:

He failed to allege any facts that would constitute an undue burden for my refusal to accept your accommodations.

He failed to allege any fact that would establish any fundamental alteration in the manner in which SFDPH business operates. In fact, SFDPH policies themselves have created a fundamental alteration in the manner in which its business operates.

He failed to allege facts that the disability SFDPH is, in fact, regarding me as having, is not transitory and minor.

SFDPH policies have created a disability for me.  Please be advised of the law:

29 CFR Part 1630.2(r):

> "Direct Threat means a significant risk of substantial harm to the health or safety of the individual or others that cannot be eliminated or reduced by reasonable accommodation. The determination that an individual poses a <u>'direct threat'</u> shall be based on an <u>individualized assessment</u> of the individual's present ability to safely perform the essential functions of the job. This assessment shall be <u>based on a reasonable medical judgment that relies on the most current medical knowledge and/or on the best available objective evidence</u>. In determining whether an individual would pose a direct threat, the factors to be considered include:
>
> (1) The duration of the risk;
>
> (2) The nature and severity of the potential harm;
>
> (3) The likelihood that the potential harm will occur; and
>
> (4) The imminence of the potential harm."

SFPHD policies have nothing to do with anyone's safety, in fact, its policies violate the safety of its employees and violates its actual duty of care toward those employees.  Safety requirements must be based on <u>actual risks</u> (not "guidelines" published on a website) and <u>not on mere speculation, stereotypes,</u> or <u>generalizations about individuals with disabilities.</u>  All my employer's forms which only offer medical or religious exemption as the only "opt-out" choices interfere with my ADA rights because they limit an employee's right to invoke ADA protections of the 'Regarded As" prong, including without limitation, the right to be free of discrimination and retaliation based upon disability, such as being terminated or segregated because of one's physical condition.

Please provide a review of the determination made and a review of Aldrich David's work-papers and if my determination is not **immediately approved** then I request a "Skelly" hearing or pre-disciplinary due process conference.  The SFDPH has already undertaken "disciplinary" measures and penalized me without first conducting any "pre-disciplinary due

process conference" as required under the Skelly criteria.  I have been placed on 60 days paid leave prior to wrongful termination.

I am also documenting that my employer is **regarding me as having a disability** (an impaired immune system and an impaired respiratory system) **without any diagnosis or individualized assessment** and has also made a **record of such disability by mis-classifying me** as having, in ADA terms, a mental or physical impairment that substantially limits one or more major life activities.[1]

My employer is also coercing me to submit to medical examinations and interventions as accommodations ("mitigation measures") without any informed consent.  It has been extremely difficult to perform my employment duties because of these interruptions and harassment.

Title I of the ADA prohibits employers from requiring medical examinations or making disability-related inquiries of employees unless such examination or inquiry is shown to be job-related and consistent with business necessity; see, 42 U.S.C. §12112(d)(4); 29 CFR §1630.14(c)

Regarding the mitigation measures such as vaccines and submitting to medical examinations, I am not required to accept these or any mitigation measures under Title I of the ADA, 29 CFR Part 1630.9(d).  Moreover, I am not required to prove any "exemption" but the employer alone has the burden of proving that I am a direct threat. My employer is responding to me as if I have an actual or potential contagious disease. I demand to review the records the employer has relied upon to determine that I am a direct threat.  If there is some legal authority that overrides my rights under the ADA, please provide me with a legal citation.

My employer is also threatening adverse employment actions if I do not submit to mitigation measures.

Because my employer is regarding me as disabled, I am invoking my rights under the Americans with Disabilities Act as a qualified individual with a disability. I also want to speak confidentially to the SFDPH designated employee or representative for matters involving Title I of the Americans with Disabilities Act and grievances.  **This is my second request to Wilson Ng asking him to please identify this employee to me and give me their contact information.**

---

1   This behavior is also symptomatic of a mental illness known as Factitious Disorder by Proxy (DSM, 5th Ed.)

I am notifying my employer at this time that I am claiming my rights under the ADA, and I do not need to file a "medical" or "religious" exemption--- I am already "exempt" from the new policy by claiming informed consent and by claiming my rights under the ADA. I am already "exempt" because my employer is not relying on any individualized assessment or diagnosis of any condition of impairment. I do not have an impairment rather I am being regarded as impaired. The fact that my employer has not acknowledged informed consent or ADA-based reasons for not using "mitigation measures" on the forms offering "exemptions" is interference with my rights under the ADA.

From the EEOC website, number 19, "Interference":

"Examples of interference include: issuing a policy or requirement that purports to limit an employee's rights to invoke ADA protections (e.g., a fixed leave policy that states 'no exceptions will be made for any reason');"[2]

**Questions for the SFDPH Legal Department or Risk Management Department to respond to:**

I have several questions that I would like answered by my employer and I request Human Resources to incorporate getting them answered as part of its discrimination investigation.

1. Why does SFDPH regard me as having a disability of an impaired immune system and an impaired respiratory system and what records have you made of this?

2. An actual diagnosis must precede any prescription or treatment. What medical records and complaint made by a physician to a health officer, and "orders of isolation and quarantine" does SFDPH rely upon for regarding me as having an impaired immune system and an impaired respiratory system?  Please include all evidence, court records and records from the individualized assessment used in making this determination or diagnosis as required under Title I of the Americans with Disabilities Act.[3]

3. When did SFDPH conspicuously disclose that complying with a COVID-19 vaccine requirement, testing requirement, or masking requirement is an essential function of my job?

2  https://www.eeoc.gov/laws/guidance/questions-and-answers-enforcement-guidance-retaliation-and-related-issues

3  29 CFR 1630.2 et seq.

4.  Please identify the statute <u>and regulation</u> imposing SFDPH's <u>legal duty of care</u> to protect me and others from any contagious disease and the commissioner's pertinent "hazard assessments".

5.  Please provide a copy of documentary evidence from the departments of health or labor establishing the existence of a disease that has been isolated by modern scientific standards and documentary evidence proving that such disease is airborne and contagious.

6.  Please identify SFDPH's insurable risk with a copy of the insurance binder showing that SFDPH is insured for protecting employees from a contagious disease and for any adverse health consequences they may suffer as a result of SFDPH's mitigation measures.

7.  Regarding the mitigation measures which are under emergency use authorization: **a)** why has SFDPH refused to include a disclosure notice of the <u>risks and benefits</u> of the injection product, the testing product and the mask product; and also advised me of my right to either <u>accept or refuse</u> the products,[4] and **b)** which of these mitigation measures has the proven efficacy to prevent transmission or infection of the contagious disease for which you regard me as having?

8.  How are these requests for my medical information and my submitting to medical examinations and interventions necessary for the performance of my employment duties?

9.  How can SFDPH assume my immune system and respiratory system is impaired; respond me to me as if I have a contagious disease, then impose restrictions and medical interventions without my informed consent, physician's oversight or judicial approval; yet I am somehow required to obtain written permission from my physician to exercise my rights to informed consent and medical privacy?  Please explain this to me.

We can stipulate that I have never waived any of my rights to medical privacy which includes the right of informed consent as a condition for employment.

If you refuse to answer these questions, I will consider the matter closed and we can set it aside and continue with our business without further interruption.

**Be advised that if my employment is conditioned upon submitting to your mitigation measures of vaccination and/or stricter PPE, this constitutes discrimination based upon disability, a violation of state and federal law, and retaliation under the ADA, for which I would have a claim for employment discrimination based upon disability.

---

4   21 USC 360bbb-3

Sincerely,

*12/21/21*

**April Monegas**

enclosures:

1. Aldrich David's Determination email and letter

2. My email requesting an appeal

3. Response from Amalia Martinez denying right to appeal

4. Response from Amalia Martinez asking me to resubmit my initial paperwork rather than performing a review of Aldrich David's incorrect determination.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Lovely April F. Monegas
2104 East Anderson Lane, Apt. 1513
Austin, Texas 78752
email: amonegas@gmail.com

| | |
|---|---|
| Katherine Perez,  ADR<br>San Antonio Field Office EEOC<br>Legacy Oaks, Building A<br>5410 Fredericksburg Rd., Suite 200<br>San Antonio, TX 78229<br>email: katherine.perez@eeoc.gov | CRTIU Supervisor<br>San Antonio Field Office EEOC<br>Legacy Oaks, Building A<br>5410 Fredericksburg Rd., Suite 200<br>San Antonio, TX 78229 |
| Norma Guzman, Acting Director<br>San Antonio Field Office EEOC<br>Legacy Oaks, Building A<br>5410 Fredericksburg Rd., Suite 200<br>San Antonio, TX 78229<br>email: Norma.Guzman@eeoc.gov | Jessica Comes, SFDHR EEO<br>Department of Human Resources<br>One South Van Ness Avenue, 4th Floor<br>San Francisco, CA 94103 |

February 22, 2022

## For San Antonio Field Office EEOC

## Charge of Discrimination

### Request for Protected Opposition Status

Re: San Francisco Department of Public Health
101 Grove Street
San Francisco, CA 94102

### STATEMENT IN SUPPORT OF COMPLAINT

I am making this complaint against my employer for its discrimination against me based upon disability.  The EEOC has the authority and legal duty to investigate this complaint.

My employer regards me as having a disability.  My employer regards me as having an impairment of my immune system and an impairment of my respiratory system and responds to me as if I have a contagious disease.

My employer has made a record of such disability.

My employer has failed to conduct any individualized assessment to determine if I am a direct threat to anyone.  My employer has failed to engage in any interactive process with me concerning disability rights or resolutions.

- 1 -

I have asked to speak confidentially with my employer's designated employee or representative that is responsible for resolving matters involving the Americans with Disabilities Act and grievances thereunder, but my employer refuses to provide me access to such a person.

I sent a Notice to several agents of my employer titled "Notice of Discrimination and Harassment Based Upon Disability" as a way of putting on the record that I am being regarded as disabled with an impaired immune system and an impaired respiratory system and responded to as if I am a contagious direct threat. I have asked my employer to produce the individualized assessment it is relying upon and it has refused.

Instead, my employer has only offered injections of certain types of suspensions which are being called "vaccinations" yet do not prevent infection or transmission of any contagious disease and in fact create more disabilities by altering the normal function of my immune system and other cellular functions. My employer has not merely "offered" such accommodation measures, but threatened me with penalties including those described herein for refusing such accommodations in violation of 29 CFR Part 1630.9(d). My employer refused to allow me to work unless I was injected with these substances.

I have informed my employer that I am a qualified individual with a disability that substantially limits my ability to engage in one or more major life activities with a "Notice of Discrimination and Harassment Based Upon Disability"; a copy is enclosed.

My employer never conspicuously disclosed that complying with a COVID-19 vaccine requirement is an essential function of the job.

I have requested information regarding the risks and benefits of my employer's accommodation measures and in response, my employer has retaliated against me by reprimanding me and has threatened or intimidated or coerced me with the threat of suspension of my pay, reduced hours or pay or the termination of my employment for refusing such accommodation measures instead of providing me with the information I requested so that I could make an informed decision.

I have exercised my right to refuse such accommodation measures and proposed instead that I be permitted to perform my employment duties without harassment, retaliation, coercion or intimidation as a result of my exercise of such rights, and my employer has prevented and interfered with this occurring.

I have not requested reasonable modifications but only that I be permitted to perform my employment duties without harassment, retaliation, coercion or intimidation.

My employer has instead retaliated against me for exercising my rights under the Americans with Disabilities Act by threatening me with disciplinary measures and penalties for refusing such accommodation measures, including but not limited to suspension or reduction of pay, limiting my access to the premises where I work, segregation, isolation, termination of employment, exclusion from programs or services that would permit me to

- 2 -

improve my employment skills or become eligible for advancement, and denied me the possibility for promotion even when I was eligible or would become eligible.

Each day my employer permits and encourages other employees, including my supervisor and managers to harass and intimidate me and ask me for medical, health and other personal information that does not pertain to, or is not necessary for, the performance of my employment duties.

I am thereby being denied equal access to the same programs, activities, benefits, jobs or other opportunities for which I am otherwise qualified, while other employees are not.  I am being segregated, excluded and relegated to lesser services by my employer based solely upon disability.

My employer has written and adopted policies that exacerbate my disabilities and create disabilities while also encouraging others to retaliate against me for exercising my rights under the Americans with Disabilities Act.

My employer has failed or refused to fulfill its duty to aid and encourage me in the exercise of my rights which are protected under the Americans with Disabilities Act.

My employer has demonstrated by the actions of its employees and by its own written policies that it intends to continue such violations and failures to comply with the law and violation my rights.

### REQUEST FOR INVESTIGATION AND/OR RIGHT TO SUE LETTER

By filing this Charge, I am formally requesting an investigation or an immediate Right to Sue letter if no meaningful investigation will be done by the EEOC. I request that my Charge be entered manually by a CRTIU Supervisor as I do not find the online portal acceptable or accessible for entering my actual Charge.  I request a written response from the CRTIU Supervisor confirming that my Charge has been filed within 14 business days of receipt of this Notice.

Lovely April F. Monegas            Date            2/22/22

Enclosure Copies:

1.) Notice of Employment Discrimination & Harassment Based on Disability

- 3 -

Exhibit A-10



**U.S. Department of Justice**

Civil Rights Division

*Disability Rights Section – 4 Con*
*950 Pennsylvania Ave, NW*
*Washington, DC 20530*

May 10, 2022

**VIA EMAIL**:amonegas@gmail.com

April F. Monegas
2104 East Andersen Lane, Apt 1513
Austin, TX  78752

    Re:    EEOC Charge Against:    San Francisco Department of Public Health
            EEOC No.:             451-2022-01334

Dear Ms. Monegas:

### NOTICE OF RIGHT TO SUE WITHIN 90 DAYS

        Because you filed the above charge with the Equal Employment Opportunity Commission, and the Commission has determined that it will not be able to investigate and conciliate that charge within 180 days of the date the Commission assumed jurisdiction over the charge, and the Department has determined that it will not file any lawsuit(s) based thereon within that time, and because you or your attorney has specifically requested this Notice, <u>you are hereby notified that you have the right to institute a civil action against the above-named respondent under Title I of the Americans with Disabilities Act of 1990, 42 U.S.C. 12111, et seq.  If you choose to commence a civil action, such suit must be filed in the appropriate court within 90 days of your receipt of this Notice.</u>  This should not be taken to mean that the Department has made a judgment as to whether or not your charge is meritorious.

        If you or your attorney has any questions concerning this matter or wish to inspect the investigative file, please address your inquiry to: San Antonio Field Office, U.S. Equal Employment Opportunity Commission.  Please note, due to COVID-19 there may be a delay in obtaining copies of the case file.

Enclosed you will find a Notice of Rights under the ADA Amendments Act of 2008 (ADAAA). We are forwarding a copy of this Notice of Right to Sue to the Respondent in this case.

Sincerely,
Kristen Clarke
Assistant Attorney General
Civil Rights Division

BY: *Celeste A. Adams-Simmons*

Celeste A. Adams-Simmons
Senior Investigator
Disability Rights Section

Enclosures:
Notice of Rights under the ADAAA

cc:     San Francisco Department of Public Health
        EEOC- San Antonio Field Office

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit B

Employment Contract

and Official Job Descriptions

April Monegas---Affidavit in Support of Complaint

**City and County of San Francisco**



**Edwin M. Lee**
**Mayor**

**Department of Public Health**
**Operations Division**
**(415) 554-2587**
**FAX (415) 554-2855**

July 10, 2017

Lovely April Monegas
271 Milton Ave.,
San Bruno, CA 94066

Dear Lovely April:

Subject:  **Final Offer of Employment**

I am pleased to extend to you a final offer of employment as a ***Permanent Exempt Full Time, 1823/Sr.***
***Administrative Analyst*** with the Dept. of Public Health, Central Office.  The annual compensation for this position is
$96,122 (Salary Step 2 ).

Your start work date is effective ***7/10/17*** with the ***Contracts Management*** program.

You will be appointed as a ***Permanent Exempt*** employee in accordance with Charter Section ***10.104-18***.  As a
***Exempt appointee,*** you acquire no guaranteed right or preference for permanent civil service employment.  Your
employment can be terminated at any time by the Appointing Officer.

We welcome you to the Department of Public Health and look forward to working with you!

Sincerely

Cathy Abela
HR Manager

**Written Acceptance**

This is to confirm that I have read and agree to the terms of this final Offer of Employment as set forth above.

| | | |
|---|---|---|
| **Lovely April Monegas** | *signature* | 7/12/2017 |
| Name (print) | Signature | Date |

cc:  Personnel File

Exhibit B

101 Grove St • 2nd Floor, Room 210 • San Francisco, CA  94102

# 1823 Senior Administrative Analyst

## Recruitment #PEX-1823-073568

| | |
|---|---|
| **Department** | Public Health |
| **Analyst** | Scott DeWolfe |
| **Date Opened** | 2/24/2017 8:00:00 AM |
| **Filing Deadline** | 3/10/2017 5:00:00 PM |
| **Salary** | $42.73 - $51.94/hour; $7,406.00 - $9,003.00/month; $88,868.00 - $108,030.00/year |
| **Job Type** | Permanent Exempt |

Go Back Click HERE to apply Click HERE to view benefits

**INTRODUCTION**



1823 Senior Administrative Analyst (Contracts Administration)

- Coordinates and tracks multiple tasks and document flows within a context of conflicting priorities and interests.
- Administers contractor selection processes RFPs by advising program staff on the planning, development, and implementation of contractor selection processes; drafting and/or revising RFP documents, forms, and instructions in compliance with all applicable laws, regulations, policies, programs and practices; assisting program staff in the selection of technical review panel members and organization of technical review panels; drafting advertisements and conducting outreach efforts; convening, chairing, recording and generally conducting bidders/pre-proposal conferences; responding to requests for information and assistance as appropriate; writing official minutes and reports; making recommendations as to final selections and contract negotiations and for improvements to contractor selection processes; providing technical assistance to executive and program staff; determining the appropriateness of sole source provider requests and drafting supporting documents for such requests.
- Ensures compliance with applicable laws, regulations, policies, programs, procedures and practices, including Federal laws and regulations, especially those related to Medi-Cal/Medicare and intergovernmental revenue transfers; State laws and regulations, especially those related to public records and public meetings; local laws and regulations, especially those related to City contracts and/or purchasing; Departmental policies, programs, procedures and practices, especially those related to contracts, grants, revenue generation, and/or mental health, substance abuse, HIV disease, health prevention/promotion, and/or primary health care.
- Conducts trainings and provides information to staff and contractors, including preparation of contract renewal requests and briefings on contract office operations, processing, and timelines.
- Coordinates with representatives of other departments and agencies to develop routine approval processes for contracts and expediting ("walking through") contracts as needed; assist in developing Departmental responses to new legislation and policies, and implement changes in contracting and Purchasing procedures, including revisions to contract boilerplate language.
- Assists in contract negotiations, by scheduling and coordination of negotiation meetings and follow up; representing the Contracts Office in negotiation meetings; assisting in determining negotiation issues, parameters, and strategies; and finalizing agreements.
- Uses several types of computer software, both "off the shelf" MS Windows applications (Word, Excel, Access), email (Lotus Notes), and internet browser (Internet Explorer), as well as applications tailored specifically for the Department, including databases (ADPICS/FAMIS, CMS) and document management programs (Documentum/COOL).
- Performs related duties as required.

## MINIMUM QUALIFICATIONS

1. Possession of a graduate degree (Master's degree or higher) from an accredited college or university **AND** three (3) years of full-time equivalent experience performing professional level analytical work as described in Note A; **OR**
2. Possession of a graduate degree (Master's degree or higher) from an accredited college or university with major college coursework as described in Note B **AND** two (2) years full-time equivalent experience performing professional level analytical work as described in Note A; **OR**
3. Possession of a baccalaureate degree from an accredited college or university **AND** four (4) years full-time equivalent experience performing professional level analytical work as described in Note A; **OR**

**Appointment Type:** Permanent Exempt appointment not to exceed two (2) years. This position is excluded by the Charter from the competitive Civil Service examination process and shall serve at the discretion of the Appointing Officer.

**Location:** 1380 Howard Street, San Francisco, CA 94103

**General Job Description:**
This position will serve as a project manager of BHS solicitations, working in partnership with the existing 1823 Senior Administrative Analyst, located at the 1380 Howard Street Contracts Unit. The person will be responsible for key components, including:

- Coordinate the activities related to the solicitation process, including coordinating the development of solicitations, collecting and reviewing solicitation drafts, assembling review panels, capturing and compiling review team results, preparing award letters, reviewing and tracking detailed and complex budgets to ensures proposed expenditures remain within the overall solicited budget, and shifting funding based on allocation determinations by managers;
- Develop status reports, tracking the process and completion of steps for multiple competitive contract vendor selection processes through certification, including such steps as distribute and place advertisements and public notices, track receipt and review of bids, contract negotiations and awards, and routing through signature/documentation process to certification;
- Oversee the completion of all required steps and documentation, including collection of necessary material and scheduling for approval by the Civil Service Commission of Personal Services Contracts (PSC) requests and the Board of Supervisors for new contracted services.
- Develop complex spreadsheets for planning and tracking purposes allowing managers, as well as the Contracts Office and other Business Office staff to plan for each phase in the process, as well as to provide sufficient data and information to be able to make planning decisions with regards to contract structure.

Other essential job functions include the following:

- Reviews, analyzes, modifies, amends and creates contract documents as appropriate, by preparing contract boilerplates and other legal documents; preparing contract budgets and purchase orders for review by Fiscal Office, as well as preparing and analyzing other financial documents; preparing requests for approval contract documents for review by program staff and approval of the Health Commission, Civil Service Commission, City Attorney, Purchaser, Controller, and other legislative bodies and officials, as appropriate; involving legal and financial analysis of varying complexity, as well as strong attention to detail and ability to relate diverse elements to implement Department goals.
- Reviews, analyzes, modifies and creates contract budgets by ensuring compliance with budget preparation instructions; by ensuring that documents are prepared in the proper form and format, and are complete, accurate, reasonable in terms of cost, scope, and justification, by ensuring consistent with other portions of the contract and with the contractor's past performance; and by ensuring that contracts are easily tracked and audited, and generally well organized; involves financial analysis and document preparation of varying complexity, as well as developing and applying effective standards logically and consistently.
- Coordinates final approval of contracts, including approval by executive, program, fiscal and contracts staff and of the Civil Service Commission, Health Commission, City Attorney, Purchaser, and Controller.

Applicants will receive a confirmation email that their online application has been received in response to every announcement for which they file. Applicants should retain this confirmation email for their records. Failure to receive this email means that the online application was not submitted or received.

All work experience, education, licenses, certifications, other documents, training and other information substantiating how you meet the minimum qualifications must be included on your application by the filing deadline. Information submitted after the filing deadline will not be considered in determining whether you meet the minimum qualifications.

Applications completed improperly may be cause for ineligibility, disqualification or may lead to lower scores.

**Verification of Experience:**
http://sfdhr.org/getting-job#verification Applicants may be required to submit verification of qualifying education and experience at any point during the recruitment and selection process.

**Verification of Education:**
http://sfdhr.org/how-verify-education-requirements Note: Falsifying one's education, training, or work experience or attempted deception on the application may result in disqualification for this and future job opportunities with the City and County of San Francisco.

If you have any questions regarding this recruitment or application process, please contact the exam analyst, Scott DeWolfe, by telephone at 415-554-2921, or by email at scott.dewolfe@sfdph.org.

## SELECTION PROCEDURES

**Supplemental Questionnaire (Weight: Qualifying):**
Candidates will be prompted to complete a Supplemental Questionnaire as part of the online employment application. The Supplemental Questionnaire will help determine if candidates meet the minimum qualifications for this position.

The Department may establish and implement additional screening mechanisms to comparatively evaluate qualifications of candidates.

## CONVICTION HISTORY

As a *finalist* for a job, you will be fingerprinted, and your fingerprints will be sent to the California Department of Justice (DOJ) and the Federal Bureau of Investigation (FBI). The resulting report of your conviction history (if any) will be used to determine whether the nature of your conviction (or arrest, in limited circumstances) conflicts with the specific duties and responsibilities of the job for which you are a *finalist*. If a conflict exists, you will be asked to present any evidence of rehabilitation that may mitigate the conflict, except when federal or state regulations bar employment in specific circumstances, such as:

- Candidates applying for positions with the Unified School District and the Community College District may be disqualified from consideration should their conviction history not meet the standards established under the California Education Code.

- Candidates applying for positions with the Recreation and Park Department may be disqualified from consideration should their conviction history not meet the standards established under California Public Resources Code 5164.

*Having a conviction history does not automatically preclude you from a job with the City.*

If you are selected as a finalist, the hiring department will contact you to schedule a fingerprinting appointment.

## DISASTER SERVICE WORKERS

City and County of San Francisco employees are designated Disaster Service Workers through state and local law (California Government Code Section 3100-3109).

Employment with the City requires the affirmation of a loyalty oath to this effect. Employees are required to complete all Disaster Service Worker-related training as assigned, and to return to work as ordered in the event of an emergency.

## CONCLUSION

**Note on Personal Protective Equipment (PPE):**
Some positions in the Department of Public Health will require the use of personal protective equipment (PPE), including but not limited to gloves, gowns, eye and face protection, and face-fitting respirators. The requirement for the use of PPE may come on short or no notice. Facial hair or any condition that interferes with a face-fitting respirator's seal (i.e. comes between the sealing surfaces of the respirator and the wearer's bare skin) is not permitted when face-fitting respirators are worn, including during initial or periodic respirator fit-testing. Employees who choose not to shave and do not have either American Disabilities Act (ADA) or Equal Employment Opportunity (EEO) Accommodations do not have the right to alternate work assignments or the option of using a loose-fitting Powered Air Purifying Respirator (PAPR) in place of a FaceFitting Respirator.

**Condition of Employment (Security Clearance):**
Security clearance as issued by the Sheriff's Department is required as a condition of employment for all positions at the Jail Health Services. Eligibles who have successfully participated in the examination process, received passing scores and have been selected for hire will be required to obtain the security clearance prior to appointment. A photocopy of the security clearance must be provided to the supervisor on or before date of hire. Failure to demonstrate/show proof of security clearance may result in a dismissal and/or termination of employment.

**Medical Examination:**
Prior to appointment, at the Department's expense, applicants may be required to take a TB screening test, and a medical examination.

**Terms of Announcement:**
Applicants must be guided solely by the provisions of this announcement, including requirements, time periods and other particulars, except when superseded by federal, state or local laws, rules or regulations.

Exhibit B

4. Possession of a baccalaureate degree from an accredited college or university with major college coursework as described in Note B **AND** three (3) years full-time equivalent performing professional level analytical work as described in Note A.

**SUBSTITUTION:** Applicants may substitute up to 2 years of the required education with additional qualifying experience in budget analysis, financial analysis and reporting, legislative/policy analysis, or contract/grant administration. One year (2000 hours) of additional qualifying experience will be considered equivalent to 30 semester units/45 quarter units.

**Notes on Qualifying Experience and Education:**

A. Qualifying professional-level analytical experience must be in one or more of the following functional areas: complex budget analysis, development and administration; complex financial/fiscal analysis and reporting; development of complex contracting systems and administration of competitive bid processes and complex contractual agreements; development and evaluation of complex management/administrative policy; complex grant administration and monitoring; complex program evaluation and planning; complex legislative analysis; complex economic analysis; or other functional areas related to the duties of positions in Class 1823, where the primary focus of the job is complex professional-level analysis for evaluation, recommendation, development and implementation of major programs and functions of department/organization. Analytical experience equivalent to the duties of Class 1822 is considered qualifying.

B. Coursework applicable to a baccalaureate or higher degree in specialized subject matter areas such as public or business administration, management, business law, contract law, public policy, urban studies, economics, statistical analysis, finance, accounting or other fields of study closely related to the essential functions of positions in Class 1823.

<div style="background-color:#5BA4D8; text-align:center;">**HOW TO APPLY**</div>

Applications for City and County of San Francisco jobs are <u>only</u> accepted through an online process. Visit www.jobaps.com/sf to register an account (if you have not already done so) and begin the application process.

- Select the desired job announcement
- Select "Apply" and read and acknowledge the information
- Select either "I am a New User" if you have not previously registered, or "I have Registered Previously"
- Follow instructions on the screen

Computers are available for the public (from 8:00 a.m. to 5:00 p.m. Monday through Friday) to file online applications in the lobby of the Dept. of Human Resources at 1 South Van Ness Avenue, 4th Floor, San Francisco.

Applicants may be contacted by email about this announcement and, therefore, it is their responsibility to ensure that their registered email address is accurate and kept up-to-date. Also, applicants must ensure that email from CCSF is not blocked on their computer by a spam filter. To prevent blocking, applicants should set up their email to accept CCSF mail from the following addresses (@sfgov.org, @sfdpw.org, @sfport.com, @flysfo.com, @sfwater.org, @sfdph.org, @asianart.org, @sfmta.com, @sfpl.org, @dcyf.org, @first5sf.org).

Exhibit B

**General Information concerning City and County of San Francisco Employment Policies and Procedures can be found at:**
http://www.sfdhr.org/index.aspx?page=20

**Information on requesting a reasonable ADA Accommodation:**
http://www.sfdhr.org/index.aspx?page=20#applicantswithdisabilities

**Copies of Application Documents:**
http://sfdhr.org/getting-job#copies

**Right to Work:**
http://sfdhr.org/getting-job#identification

Issued: February 24, 2017
Micki Callahan
Human Resources Director
Department of Human Resources
Recruitment ID Number: 073568
DHR Pos. 01016382
DPH/SD/415-554-2921

# City and County of San Francisco

**1155 MARKET STREET 5TH FLOOR**
**SAN FRANCISCO, CA 94103**

Statement of Earnings and Deductions

**Date:** 12/07/2021

**Advice No. 8353606**

**THE TREASURER HAS DEPOSITED:**

| $2,759.02 |

To The
Account Of

**LOVELY APRIL F MONEGAS**
**801 SUGAREE AVE**
**APT 2116**
**AUSTIN TX  78757**



Statement of Earnings
and Deductions

**City and County of San Francisco**

---

Statement of Earnings
and Deductions

**City and County of San Francisco**

| Pay Advice Number: | 000000008353606 | TAX DATA: | | Federal | CA State |
|---|---|---|---|---|---|
| Pay Date: | 12/07/2021 | Tax Status: | | Single | Single |
| Pay Period Begin Date: | 11/13/2021 | Allowances: | | 1 | 1 |
| Pay Period End Date: | 11/26/2021 | Additional Amount: | | | |

| Employee ID: **180292** | Department: | 240646-HBH Substance Use Disorder | PAID TIME OFF: | Balance |
|---|---|---|---|---|
| | Location: | CA Admn/Exec | Vacation: | 305.97 |
| | Job Title: | Senior Administrative Analyst | Sick Leave: | 187.25 |
| Name: **Lovely April F Monegas** | Pay Rate: | $61.1125 Hourly | Floating Holiday: | 8.00 |
| | | | Furlough Floating Holiday: | 0.00 |
| | | | Compensatory Time Off: | 2.57 |
| | | | Management Leave: | 0.00 |

| HOURS AND EARNINGS | | | | | BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | — Current — | | — YTD — | | | | | | | |
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** | **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** |
| RegularPay | 61.1125 | 64.00 | 3,911.20 | 1,753.00 | 104,829.34 | CITY PLAN | 29.84 | 744.97 | UNDUE 021 | 47.08 | 1,152.79 |
| Legal Hol | 61.1125 | 16.00 | 977.80 | 96.00 | 5,753.40 | DELTA | 2.31 | 57.75 | | | |
| FltHolLev | | | | 72.00 | 4,400.10 | HLT RET EE | 97.78 | 2,394.27 | | | |
| CTPay | | | | 16.00 | 944.60 | RPTX MSC N | 537.79 | 13,168.45 | | | |
| Sick Pay | | | | 23.00 | 1,374.46 | | | | | | |
| Bereavemnt | | | | 24.00 | 1,466.70 | | | | | | |
| CitySickPd | | | | 16.00 | 944.60 | | | | | | |

| **TOTAL:** | | 80.00 | 4,889.00 | 2,000.00 | 119,713.20 | **TOTAL:** | 667.72 | 16,365.44 | **TOTAL:** | 47.08 | 1,152.79 |

| EMPLOYEE PAID TAXES | | | EMPLOYER PAID TAXES | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** |
| Fed Withholdng | 706.99 | 16,970.77 | Fed Med/ER | 69.01 | 1,689.49 | CITY PLAN | 396.49 | 9,898.58 |
| Fed.MED/EE | 69.01 | 1,689.49 | Fed OASDI/ER | 295.07 | 7,224.01 | DELTA | 24.29 | 607.09 |
| Fed OASDI/EE | 295.07 | 7,224.01 | CA Unempl ER | 4.76 | 274.14 | LIFE INS | 2.42 | 60.71 |
| CA Withholdng | 287.01 | 6,845.13 | | | | LTD | 27.75 | 325.64 |
| CA OASDI/EE | 57.10 | 1,398.19 | | | | HLT RET ER | 48.89 | 1,197.13 |
| | | | | | | RSHR MSC N | 986.60 | 25,775.70 |
| **TOTAL:** | 1,415.18 | 34,127.59 | **TOTAL:** | 368.84 | 9,187.64 | **TOTAL:** | 1,486.44 | 37,864.85 |

| TOTAL GROSS | | TOTAL DEDUCTIONS | | TOTAL TAXES | | NET PAY | TOTAL PAY AND BENEFITS | |
|---|---|---|---|---|---|---|---|---|
| **Current** | 4,889.00 | | 714.80 | | 1,415.18 | 2,759.02 | Gross Pay | 119,713.20 |
| **YTD** | 119,713.20 | | 17,518.23 | | 34,127.59 | 68,067.38 | Benefits | 47,052.49 |
| | | | | | | | TOTAL: | 166,765.69 |

| NET PAY DISTRIBUTION | | | | | |
|---|---|---|---|---|---|
| **Retain for your records** | Bank Name | | Account Type | Account Number | Deposit Amount |
| MESSAGE: | BANK OF AMERICA, N.A. | | Checking | ******0948 | $2,747.02 |
| | J.P. MORGAN CHASE BANK, N.A. | | Checking | ******1562 | $12.00 |
| | TOTAL DIRECT DEPOSIT: | | | | $2,759.02 |

Exhibit B

